**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| _____  **Plaintiff,**  v.  _____  **Defendant.** | *  *  *   Case No. _____  *  * |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

_____  
Date

_____  
Signature

_____  
Printed name and bar number

_____  
Address

_____  
Email address

_____  
Telephone number

_____  
Fax number

EntryofAppearanceCivil (08/2015)