# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:25-cv-00260-PX |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension and Briefing Schedule, and for good cause shown, the motion is GRANTED, and it is ORDERED that Defendants' deadline to respond to Plaintiff's Amended Complaint is extended to April 22, 2025.

It is hereby ORDERED that the following briefing schedule will govern briefing of that motion:

a. Defendants' motion to dismiss: April 22

b. Plaintiff's opposition: May 22

c. Defendants' reply: June 5

SO ORDERED.

Dated: March 28, 2025

/S/

Hon. Paula Xinis
United States District Judge