# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00260-PX |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss, the motion is GRANTED, and it is ORDERED that Plaintiff's deadline to respond to Defendants' Motion to Dismiss (ECF 31) is extended to 35 days after the issuance of a final rule pursuant to OPM's Proposed Rule "Improving Performance, Accountability and Responsiveness in the Civil Service," 90 Fed. Reg. 17182 (Apr. 23, 2025).

SO ORDERED.


Dated: _____, 2025              _____
                                    Hon. Paula Xinis
                                    United States District Judge