UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>962 Wayne Avenue, Suite 610<br>Silver Spring, MD 20910<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500,<br><br>CHARLES EZELL, in his official capacity as Acting Director of<br>Office of Personnel Management,<br>1900 E Street, N.W.<br>Washington, D.C. 20415,<br><br>And<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>*Defendants*. | **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Case No. 8:25-cv-00260-PX |

Plaintiff Public Employees for Environmental Responsibility (PEER) respectfully requests an extension of time to respond to Defendants' Motion to Dismiss.

Plaintiff initiated this action on January 28, 2025, (ECF No. 1), and, following an extension of time, Defendants timely moved to dismiss on April 22, 2025, (ECF No. 31). Pursuant to a briefing schedule set by this Court on March 28, 2025, (ECF No. 28), Plaintiff's opposition to the Motion to Dismiss is due on May 22, 2025.

On April 25, 2025, Plaintiff moved, (ECF No. 32), for an extension of time until 35 days after completion of the final rulemaking arising from its April 23, 2025 Proposed Rule "Improving Performance, Accountability and Responsiveness in the Civil Service" (90 Fed. Reg. 17182). Defendants indicated that they opposed that motion, which remains pending. Earlier today, May 13, 2025, the Court ordered a recorded call (ECF No. 36) on May 20, 2025, presumably related to that pending motion.

Because the recorded call will occur only two days before Plaintiff's opposition is due, should this Court deny Plaintiff's pending motion for extension, (ECF No. 32), Plaintiff would not have adequate time to subsequently prepare its opposition. Plaintiff therefore requests a 45-day extension of time (to July 7, 2025) to oppose the pending Motion to Dismiss. Plaintiff is not withdrawing its prior pending motion for extension (ECF No. 32).

Plaintiff's counsel has consulted with counsel for Defendants, who consent to this motion.

| | |
|---|---|
| Dated: May 14, 2025 | Respectfully submitted, |

<u>s/ Mark B. Samburg</u>

Mark B. Samburg (Bar No. 31090)
Elena Goldstein*
Michael Martinez (Bar No. 31553)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members) (Bar No. 31574)
Victoria S. Nugent (Bar No. 15039)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
egoldstein@democracyforward.org
mmartinez@democracyforward.org
kfriedl@democracyforward.org
vnugent@democracyforward.org

Jonathan Weissglass*
LAW OFFICE OF JONATHAN WEISSGLASS
1939 Harrison St., Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
jonathan@weissglass.com

Donald K. Sherman*
Nikhel S. Sus*
Yoseph T. Desta*
Lauren Bingham*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
dsherman@citizensforethics.org
nsus@citizensforethics.org
ydesta@citizensforethics.org
lbingham@citizensforethics.org

*Admitted *pro hac vice*