## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY
962 Wayne Avenue, Suite 610
Silver Spring, MD 20910

     *Plaintiff,*

     v.

DONALD J. TRUMP, in his official capacity
as President of the United States of
America,
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500, *et al.*,

     *Defendants*.

**PLAINTIFF'S UNOPPOSED REQUEST
FOR STATUS CONFERENCE**

Case No. 8:25-cv-00260-PX

     Plaintiff Public Employees for Environmental Responsibility (PEER) respectfully requests a status conference to address its pending Motion for Extension of Time (ECF 32).

     Plaintiff initiated this action on January 28, 2025, (ECF No. 1), and, following an extension of time, Defendants timely moved to dismiss on April 22, 2025, (ECF No. 31).  Pursuant to a briefing schedule set by this Court on March 28, 2025, (ECF No. 28), Plaintiff's opposition to the Motion to Dismiss was originally due on May 22, 2025.

     On April 25, 2025, Plaintiff moved, (ECF No. 32), for an extension of time until 35 days after completion of the final rulemaking arising from its April 23, 2025 Proposed Rule "Improving Performance, Accountability and Responsiveness in the Civil Service" (90 Fed. Reg. 17182). Defendants indicated that they opposed that motion, which remains pending.  On May 13, 2025, the Court ordered a recorded call (ECF No. 36) on May 20, 2025, presumably related to that pending motion.  Plaintiff subsequently filed a consent motion (ECF 37) for an extension of time

until July 7, 2025 to oppose the motion to dismiss or file an amended complaint. The Court granted that motion (ECF 38) and subsequently rescheduled (ECF 39) the recorded call for July 2, 2025.

Because the recorded call is now scheduled to occur only five days before Plaintiff's opposition is due, should this Court deny Plaintiff's pending motion for extension, (ECF No. 32), during or after that call, Plaintiff would not have adequate time to subsequently prepare its opposition or amended complaint. Plaintiff therefore requests a status conference at an earlier date to attempt to resolve its pending motion while leaving sufficient time to prepare its opposition or amended complaint should the Court deny the pending motion.

Plaintiff's counsel has consulted with counsel for Defendants, who do not oppose holding such a status conference.  Based on the availability of counsel for all parties, Plaintiffs request a status conference on June 13, 16, 17, or 23.

In the alternative, if the Court retains the July 2 recorded call, counsel for Defendants have indicated that they would consent to an additional 14-day extension to allow Plaintiff adequate time to prepare its opposition or amended complaint if the Court denies the pending motion on or after July 2. If the Court declines to schedule an earlier status conference, Plaintiff will file a separate motion seeking such an extension.

Dated: June 11, 2025                    Respectfully submitted,

s/ Mark B. Samburg

Mark B. Samburg (Bar No. 31090)
Elena Goldstein*
Michael Martinez (Bar No. 31553)
Kevin E. Friedl* (Admitted only in New
York; practice supervised by D.C. Bar
members) (Bar No. 31574)
Victoria S. Nugent (Bar No. 15039)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
egoldstein@democracyforward.org
mmartinez@democracyforward.org
kfriedl@democracyforward.org
vnugent@democracyforward.org

Jonathan Weissglass*
LAW OFFICE OF JONATHAN
WEISSGLASS
1939 Harrison St., Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
jonathan@weissglass.com

Donald K. Sherman*
Nikhel S. Sus*
Yoseph T. Desta*
Lauren Bingham*
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
dsherman@citizensforethics.org
nsus@citizensforethics.org
ydesta@citizensforethics.org
lbingham@citizensforethics.org

*Admitted *pro hac vice*