UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>962 Wayne Avenue, Suite 610<br>Silver Spring, MD 20910<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500, *et al.*,<br><br>*Defendants*. | **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**<br><br><br>Case No. 8:25-cv-00260-PX |

Plaintiff Public Employees for Environmental Responsibility (PEER) respectfully requests an extension of time to respond to Defendants' Motion to Dimiss.

Plaintiff initiated this action on January 28, 2025, (ECF No. 1), and, following an extension of time, Defendants timely moved to dismiss on April 22, 2025, (ECF No. 31). Pursuant to a briefing schedule set by this Court on March 28, 2025, (ECF No. 28), Plaintiff's opposition to the Motion to Dismiss was originally due on May 22, 2025.

On April 25, 2025, Plaintiff moved, (ECF No. 32), for an extension of time until 35 days after completion of the final rulemaking arising from its April 23, 2025 Proposed Rule "Improving Performance, Accountability and Responsiveness in the Civil Service" (90 Fed. Reg. 17182). Defendants indicated that they opposed that motion, which remains pending. On May 13, 2025, the Court ordered a recorded call (ECF No. 36) on May 20, 2025, presumably related to that pending motion. Plaintiff subsequently filed a consent motion (ECF 37) for an extension of time

until July 7, 2025 to oppose the motion to dismiss or file an amended complaint. The Court granted that motion (ECF 38) and subsequently rescheduled (ECF 39) the recorded call for July 2, 2025.

Because the recorded call is now scheduled to occur only five days before Plaintiff's opposition is due, should this Court deny Plaintiff's pending motion for extension, (ECF No. 32), during or after that call, Plaintiff would not have adequate time to subsequently prepare its opposition or amended complaint. Plaintiff therefore requests a 14-day extension of time until July 21, 2025, to oppose the motion to dismiss or file an amended complaint. That extension would leave 19 days after the scheduled call for Plaintiff to complete their opposition or amended complaint, should the Court deny their pending motion for a longer extension.

Plaintiff's counsel has consulted with counsel for Defendants, who consent to the motion.[1]

---

[1] Defendants' consent is contingent on the recorded call remaining scheduled for July 2. If the Court grants Plaintiff's pending request (ECF 40) for the recorded call to be moved to June 23, Plaintiffs would need to ascertain whether Defendants would still consent to this motion.

Dated: June 17, 2025

Respectfully submitted,

s/ Mark B. Samburg

Mark B. Samburg (Bar No. 31090)
Elena Goldstein*
Michael Martinez (Bar No. 31553)
Kevin E. Friedl* (Admitted only in New York; practice supervised by D.C. Bar members) (Bar No. 31574)
Victoria S. Nugent (Bar No. 15039)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
egoldstein@democracyforward.org
mmartinez@democracyforward.org
kfriedl@democracyforward.org
vnugent@democracyforward.org

Jonathan Weissglass*
LAW OFFICE OF JONATHAN WEISSGLASS
1939 Harrison St., Suite 150-B
Oakland, CA 94612
Telephone: (510) 836-4200
jonathan@weissglass.com

Donald K. Sherman*
Nikhel S. Sus*
Yoseph T. Desta*
Lauren Bingham*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
dsherman@citizensforethics.org
nsus@citizensforethics.org
ydesta@citizensforethics.org
lbingham@citizensforethics.org

*Admitted *pro hac vice*