UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *Plaintiff*, v. DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, *Defendants*. | Civil Action No. 8:25-cv-00260-PX |

## NOTICE OF CONSENT TO EXTENSION MOTION

Defendants respectfully notify the Court that Defendants now consent to Plaintiff's motion to extend the time to respond to the pending Motion to Dismiss for 35 days after the Proposed Rule becomes final. ECF No. 32. Defendants previously opposed the relief on the basis accurately represented by Plaintiff in its motion.

1. Plaintiff filed its Complaint on January 28, 2025, alleging that planned policy changes to the federal civil service, *see* Executive Order 14171, "Restoring Accountability to Policy-Influencing Positions within the Federal Workforce," are unlawful. *See* ECF No. 1 ¶¶ 181–98. On March 12, 2025, Plaintiff filed an Amended Complaint, ECF No. 22. Defendants subsequently moved to dismiss, ECF No. 31.

2. Undersigned counsel represents the Federal Government in other similar litigation challenging Executive Order 14171 and related policies. *Nat'l Treasury Emps. Union v. Trump*, 1:25-cv-00170 (D.D.C.) (complaint filed January 20, 2025); *Am. Fed'n of Gov't Emps. v. Trump*,

1:25-cv-00264 (D.D.C.) (complaint filed January 29, 2025); *Gov't Accountability Project v. OPM*, 1:25-cv-00347 (D.D.C.) (complaint filed February 6, 2025).

3. Defendants are in the process of reviewing and responding to comments received in response to their proposed rule, "Improving Performance, Accountability and Responsiveness in the Civil Service," 90 Fed. Reg. 17182 (April 23, 2025), and anticipate publishing a final rule later this year. Defendants originally opposed stays and extensions in the related cases because Defendants decided that they had good grounds to move to dismiss the challenges for a host of reasons. However, in response to the government's motion to dismiss in *Government Accountability Project*, the Court instead granted an extension of time permitting those plaintiffs to file an amended complaint "within 21 days after the publication of [the] final rule." *Gov't Accountability Project*, No. 1:25-cv-347 (D.D.C.), ECF No. 32 at 3. On further reflection, Defendants now conclude that it would conserve the parties' resources and promote judicial economy to litigate all challenges to Defendants' actions on the same timeline and to focus all litigation on the anticipated final rule.

4. Defendants accordingly now consent to Plaintiff's motion for extension as good cause exists to extend their deadline until 35 days after the Proposed Rule becomes final. Such a timeline will best facilitate judicial economy and focus all litigation on the anticipated final rule.

Dated: June 26, 2025                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        DIANE KELLEHER
                                        Director, Federal Programs Branch

                                        CHRISTOPHER R. HALL

        Assistant Branch Director

        <u>/s/ *Jason Altabet*</u>
        Jason Altabet
        (MD Bar No. 2211280012)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L St. NW
        Washington, DC 20005
        Phone: (202) 305-0727
        E-mail: Jason.K.Altabet2@usdoj.gov

        *Counsel for the United States*

## CERTIFICATE OF SERVICE

On June 26, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Maryland, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically as authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov

*Counsel for the United States*