IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR<br>ENVIRONMENTAL RESPONSIBILITY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:25-cv-00260-PX |
| DONALD J. TRUMP, in his official capacity<br>as President of the United States of America,<br>*et al.*, | *<br>* | |
| Defendants. | * | |
| | *** | |

## ORDER

For the reasons discussed during today's telephonic status conference, it is hereby **ORDERED** on this 2nd day of July 2025, by the United States District Court for the District of Maryland:

1. Plaintiff's Motion for Extension of Time at ECF No. 41 is DENIED as moot;

2. The Consent Motion for Extension of Time at ECF No. 32 is GRANTED;

3. The case is STAYED until the publication of a Final Rule issued in connection with the Proposed Rule, "Improving Performance, Accountability and Responsiveness in Civil Service," 90 Fed. Reg. 17182 (April 23, 2025) (Docket ID: OPM-2025-0004) (the "Final Rule");

4. The Parties shall jointly move to lift the stay upon the publication of the Final Rule;

5. Plaintiff shall respond to ECF No. 31 within thirty-five days after the publication of the Final Rule.

SO ORDERED.

July 2, 2025                                                    /S/
Date                                                         Paula Xinis
                                                             United States District Judge