UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants.* | Case No. 8:25-cv-00260-PX |

## ORDER

Upon consideration of the Joint Motion to Lift Stay, the motion is GRANTED, and it is ORDERED that the stay in this matter is lifted.

It is further ORDERED that Plaintiff shall respond to Defendants' Motion to Dismiss (ECF 31) by March 13, 2026.

SO ORDERED.

Dated: 2/17/2026

/s/
Hon. Paula Xinis
United States District Judge