UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br>*Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00260-PX |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint and For Expansion of Page Limit, the motion is GRANTED, and it is ORDERED that the proposed Second Amended Complaint filed with that motion is hereby FILED as Plaintiffs' Second Amended Complaint.

It is further ORDERED that the Second Amended Complaint is deemed served for the purposes of Fed. R. Civ. P. 15(a) as of the date of this order.

SO ORDERED.

Dated: _____, 2025

_____
Hon. Paula Xinis
United States District Judge