**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY, *

Plaintiff, *

v. *

DONALD J. TRUMP, in his official capacity as President of the United States of America, *
*et al.*, *

Defendants.
*
***

Civil Action No. 8:25-cv-00260-PX

**ORDER**

Upon consideration of Plaintiff's Motion to Amend Complaint and for Expansion of Page Limit, the motion is GRANTED and it is ORDERED that the proposed Second Amended Complaint filed with that motion is hereby FILED as Plaintiff's Second Amended Complaint.

It is further ORDERED that the Second Amended Complaint is deemed served for the purposes of Fed. R. Civ. P. 15(a) as of the date of this order.

It is further ORDERED that Defendants' Motion to Dismiss at ECF No. 31 is DENIED as moot.

Within 21 days from the date of this Order, Defendants shall answer or otherwise respond to the Second Amended Complaint.

SO ORDERED.

October 16, 2026
Date

/s/
Paula Xinis
United States District Judge